March 17, 1926, which reversed a judgment of the
Onondaga County Court rendered upon a verdict con-
victing the defendant of the crime of unlawful possession
of firearms in violation of subdivision 4 of section 1897
of the Penal Law, and granting a new trial.

*Clarence Unckless, District Attorney (William M.
Peckham* of counsel), for appellant.

*George R. Fearon* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.

---

MAURICE BRILL et al., Appellants, *v.* MARIA R. FRIED-
HOFF, Respondent.

*Contract — guaranty — action to recover deficiency of rent under written
agreement assuming obligation of former contract of guaranty.*

*Brill* v. *Friedhoff*, 215 App. Div. 680, affirmed.

(Argued May 26, 1926; decided June 9, 1926.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 4, 1925, unanimously affirming
a judgment in favor of defendant entered upon a verdict
directed by the court. The action was brought to
recover a deficiency in rent for the period from September
1, 1917, to October 1, 1919, under a written lease entered
into on October 30, 1907, between the plaintiffs and one
Henry C. Meyer for the term of twelve years from October
1, 1907, to September 30, 1919, which lease was guaranteed
by one John P. Friedhoff, and the obligations of which,
it was alleged, were assumed by the defendant in this
action by written agreement, dated April 17, 1915.

*Ira Skutch* for appellants.

*Grover C. Sniffen* and *William Douglas Moore* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, CRANE and
ANDREWS, JJ. Dissenting: CARDOZO and POUND, JJ.
Absent: LEHMAN, J.